IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01365-ZLW-MJW

JAMIE ALLEN,

    Plaintiff,

v.

PIONEER CREDIT RECOVERY, INC., a Delaware corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Notice of Dismissal with Prejudice (Doc. No. 5) pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, each party to pay her or its own attorney's fees and costs.

DATED this __6th__ day of __August__, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court